UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
United States of America,

                        Plaintiff,

    -against-

                                                     Case No. 7:21-mj-11305

Marquis Carey

                        Defendant.

———————————————————— x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                      SO ORDERED.

                                                      _____
                                                      Hon. Martin R. Goldberg
                                                      United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York